IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KIM LASHAWN MILLER,**
  **Plaintiff,**

vs.              **Case No: 3:07cv18/MCR/MD**

**FED EX CORPORATE OFFICE,**
  **Defendant.**

## ORDER

  Pending in this case are defendant's Motion to Compel Discovery (doc. 19), Motion for an Order Holding All Matters Contained Within Its Request for Admissions Be Deemed Admitted and Conclusively Established (doc. 22), and Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) (doc. 36). These motions are based on plaintiff's total failure to respond to defendant's discovery requests. After being granted an extension of time (docs. 33-35), plaintiff has now served her responses (*see* docs. 38, 39). Defendant's motions will therefore be denied. The defendant is free, however, to file a new discovery motion should it find plaintiff's responses insufficient.

  Accordingly it is ORDERED:

Defendant's motions (docs. 19, 22, 36) are DENIED.

DONE AND ORDERED this 7th day of January, 2008.

            /s/ *Miles Davis*
            **MILES DAVIS**
            **UNITED STATES MAGISTRATE JUDGE**