IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIM LASHAWN MILLER,
    Plaintiff,

vs.        CASE NO.: 3:07cv18/MCR/MD

FED EX CORPORATE OFFICE,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 27, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's motion for summary judgment (doc. 43) is GRANTED.

    3.    The clerk is instructed to enter judgment in favor of the defendant and close this file.

    DONE AND ORDERED this 30th day of July, 2008.

                _s/ M. Casey Rodgers_
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**